DAVID E. MADDEN, ESQUIRE – ID 000722013
MADDEN & MADDEN, P.A.
108 KINGS HIGHWAY EAST - SUITE 200
POST OFFICE BOX 210
HADDONFIELD, NEW JERSEY 08033
TEL: (856) 428-9520
Attorney for Defendants, Gloucester County Prosecutor's Office, Gloucester County SWAT officers, Kevin R. Donahue and Michael R. Fitzgibbon

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY J. CARBONARO and CAROL MECCA, his wife<br><br>Plaintiff(s),<br><br>v.<br><br>GLASSBORO POLICE DEPARTMENT, PITMAN POLICE DEPARTMENT, ROWAN UNIVERSITY POLICE, GLOUCESTER COUNTY PROSECUTOR'S OFFICE, GLOUCESTER COUNTY SWAT OFFICERS, KEVIN R. DONAHUE, MICHAEL R. FITZGIBBON, JOHN/JANE DOES 1-10, ABC CORPORATIONS 1-5, jointly, severally and/or in the alternative<br><br>Defendant(s). | Case No: 1:22-cv-000617<br><br>*Removed from*<br>Superior Court of New Jersey<br>Law Division – Gloucester County<br>DOCKET NO. GLO-L-0003-22<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed upon that Plaintiff's Complaint be and hereby is voluntarily dismissed with prejudice in its entirety and without attorney's fees or costs as against all ~~parties~~.

THOMAS J. GOSSE, ESQUIRE
Attorneys for Plaintiffs, Anthony J. Carbonaro and Carol Mecca

_____
Thomas J. Gosse, Esquire

MADDEN & MADDEN, P.A.
Attorneys for Defendants, Gloucester County Prosecutor's Office, Gloucester County SWAT officers, Kevin R. Donahue and Michael R. Fitzgibbon

_____
David E. Madden, Esquire

BARKER, GELFAND, JAMES & SARVAS, P.C.
Attorneys for Glassboro Police Department and Pitman Police Department

_____
Todd J. Gelfand, Esquire